IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lopez, Abranette

Printed: 10/22/08

Case Number: 08 B 05912
Judge: Hollis, Pamela S
Filed: 3/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 17, 2008
Confirmed: June 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,414.00 |  |
| Secured: |  | 11,607.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 806.91 |
| Other Funds: |  | 0.00 |
| Totals: | 12,414.00 | 12,414.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,500.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 24,548.65 | 11,607.09 |
| 3. | American General Finance | Secured | 2,671.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 41,290.38 | 0.00 |
| 5. | Target National Bank | Unsecured | 432.55 | 0.00 |
| 6. | Worldwide Financial Capital Bank | Unsecured | 4.97 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 155.98 | 0.00 |
| 8. | Saint Joseph Hospital | Unsecured | 97.15 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 115.61 | 0.00 |
| 10. | Verizon Wireless Midwest | Unsecured | 46.36 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 11.41 | 0.00 |
| 12. | American General Finance | Unsecured | 502.43 | 0.00 |
| 13. | Citibank | Unsecured |  | No Claim Filed |
|  |  |  | $ 72,376.49 | $ 11,607.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 806.91 |
|  | $ 806.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lopez, Abranette

Printed: 10/22/08

Case Number:  08 B 05912
Judge:  Hollis, Pamela S
Filed:  3/12/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

